FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 12, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ODAI S. ALBAYATI,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CASCADE WINDOWS, CORNERSTONE BUILDING BRANDS, SIMONTON INDUSTRIES, AND SIMONTON WINDOWS<br><br>　　　　　　Defendants. | NO. 2:25-CV-0120-TOR<br><br>ORDER GRANTING DEFENDANTS' MOTION TO DISMISS |

BEFORE THE COURT is Defendants' Motion to Dismiss (ECF No. 25). This matter was submitted for consideration without oral argument. The Court has reviewed the record and files herein and is fully informed. Plaintiff has not responded to the Motion to Dismiss.

## BACKGROUND

Plaintiff filed two Second Amended Complaints in this case on October 24 and 27, 2025. ECF Nos. 23 and 24.

//

ORDER GRANTING DEFENDANTS' MOTION TO DISMISS~ 1

# DISCUSSION

For a plaintiff to survive a motion to dismiss under Rule 12(b)(6), "a complaint must contain sufficient factual matter, accepted as true, 'to state a claim to relief that is plausible on its face.'" *Ashcroft v. Iqbal,* 556 U.S. 662, 678 (2009) (quoting *Bell Atl. Corp. v. Twombly,* 550 U.S. 544, 570 (2007)). This requires more than a simple "formulaic recitation of a cause of action's elements." *Twombly*, 550 U.S. at 545.

Plaintiff has failed to state any claim. Here, Plaintiff does not state facts supporting the elements required for any of his claims. As a result, Plaintiff fails to state a claim.

The Court already gave Plaintiff the opportunity to amend.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Defendants' Motion to Dismiss (ECF No. 25) is **GRANTED with prejudice.**

2. All other motions are **DENIED** as moot.

The District Court Executive is directed to enter this Order and furnish copies to counsel and **CLOSE** the file.

DATED February 12, 2026.



THOMAS O. RICE
United States District Judge

ORDER GRANTING DEFENDANTS' MOTION TO DISMISS~ 2